**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

GLORIA WHITE                                                                                              PLAINTIFF

v.                                          NO. 3:11CV00078 JLH

THREE RIVERS NURSING CENTER;
HEALTHCARE STAFFING; ARKANSAS ELDER
OUTREACH OF LITTLE ROCK, INC.;
SOUTHERN KEY INVESTMENTS;
DARLENE COX; and DAVID BRAZILE                                                          DEFENDANTS

## ORDER OF DISMISSAL

Having been notified by counsel that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendants be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 14th day of June, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE